IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                                            21-CR-194

MICHAEL MESKO,

                Defendant.

---

**INFORMATION**
(18 U.S.C. § 2422(b))



### COUNT 1

**The United States Attorney Charges That:**

Between on or about October 8, 2020, and on or about January 9, 2021, in the Western District of New York, the defendant, MICHAEL MESKO knowingly used facilities and means of interstate and foreign commerce, that is, a cellular telephone and the internet, to knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, that is, Victim 1, a person known to the government, to engage in sexual activity for which any person can be charged with a criminal offense.

**All in violation of Title 18, United States Code, Section 2422(b).**

## FORFEITURE ALLEGATION

### The United States Attorney Alleges:

1.      Upon conviction of the offense alleged in Count 1 of this Information, the defendant, MICHAEL MESKO, shall forfeit to the United States the following property which was used and intended to be used to commit and to facilitate the defendant's commission of the offense and which was seized by law enforcement officials:

   a. Apple iPhone bearing serial number F17DHJFA0DXY

   b. Apple iPad bearing serial number DMPYQWTZJF8M

**All pursuant to Title 18, United States Code, Section 2428(a)(1).**

DATED: Buffalo, New York, December 16, 2021.

TRINI E. ROSS
United States Attorney

BY:   _____
PAUL E. BONANNO
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5873
Paul.Bonanno@usdoj.gov